UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-62503

RYAN TROIANO,
and other similarly situated individuals,

    Plaintiff(s),

vs.

STERLING BANK SERVICES, INC.,
a Foreign Corporation, and
DAN KESSLER, individually,

    Defendant(s)
_____/

### DEFENDANTS STERLING BANK SERVICES, INC. AND DAN KESSLER'S NOTICE OF REMOVAL

Defendants, Sterling Bank Services, Inc., and Dan Kessler, individually, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal of the above captioned case from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, in which it is now pending, to the United States District Court for the Southern District of Florida and, as grounds, state as follows:

#### Statement of Grounds for Removal

1.    Plaintiff, Ryan Troiano, commenced this action by filing a Complaint against Defendants, Sterling Bank Services, Inc., and Dan Kessler, in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE-16-017357, on or about September 20, 2016.  In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are

copies of all process and pleadings served upon Defendants, Sterling Bank Services, Inc., and Dan Kessler in this action.

2. Defendants, Sterling Bank Services, Inc., and Dan Kessler, were served with the Summons and Complaint in this action on September 29, 2016. This Notice of Removal is being filed within thirty (30) days after Defendants, Sterling Bank Services, Inc., and Dan Kessler were served with the Summons and Complaint and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

3. The Court has original jurisdiction over this claim pursuant to 28 U.S.C. § 1331 which states "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This case arises under the Fair Labor Standards Act, 29 U.S.C. §§ 201–219. As such, Defendants, Sterling Bank Services, Inc., and Dan Kessler may properly remove this action to this Court pursuant to 28 U.S.C. § 1441(a).

4. Written notice of the filing of this Notice of Removal has been served upon Plaintiff, the adverse party, on the date set forth in the Certificate of Service below.

5. A copy of this Notice of Removal has been filed with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, pursuant to 28 U.S.C. § 1446(d). A copy of Defendants, Sterling Bank Services, Inc., and Dan Kessler's Notice of Filing this Notice of Removal in the state court is attached hereto as Exhibit "B."

6. This Notice has been signed by counsel for Defendants, Sterling Bank Services, Inc., and Dan Kessler pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, Sterling Bank Services, Inc., and Dan Kessler, respectfully request that this case be removed from the Circuit Court of the Seventeenth Judicial Circuit in and

for Broward County, Florida to the United States District Court for the Southern District of Florida and that this Court assume jurisdiction over this civil action pursuant to 28 U.S.C. § 1441.

Dated:  October 24, 2016         Respectfully submitted,

                            By:  s/Tasha M. Somarriba
                            Scott A. Bassman, Esq. (Florida Bar Number:  232180)
                            Attorney E-mail address:  scott.bassman@csklegal.com
                            Tasha M. Somarriba, Esq. (Florida Bar Number:  111320)
                            Attorney E-mail address:  tasha.somarriba@csklegal.com
                            COLE, SCOTT & KISSANE, P.A.
                            110 Tower
                            110 S.E. 6th Street, Suite 2700
                            Ft. Lauderdale, Florida 33301
                            Telephone:  (954) 703-3703
                            Facsimile:  (954) 703-3701
                            Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 24th day of October, 2016 with the Clerk of Court using CM/ECF which will send electronic copies of same to all counsel of record.

                            s/Tasha M. Somarriba

SAB/TMS